01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
07                                       AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                            )       Case No. CR03-354-MJP
09              Plaintiff,                  )
                                            )
10      v.                                  )       SUMMARY REPORT OF U.S.
                                            )       MAGISTRATE JUDGE AS TO
11   KAO CHIENG SAECHAO,                     )       ALLEGED VIOLATION
                                            )       OF SUPERVISED RELEASE
12              Defendant.                   )
     _____)

13

14          An initial hearing on a petition for violation of supervised release was held before the

15   undersigned Magistrate Judge on September 12, 2007.  The United States was represented by

16   Assistant United States Attorney Lawrence Lincoln, and the defendant by Ms. Paula Semmes

17   Deutsch.  The proceedings were recorded on cassette tape.

18          The defendant had been charged and convicted of Bank Embezzlement in violation of

19   18 U.S.C. § 656.  On or about March 16, 2004, defendant was sentenced by the Honorable

20   Marsha J. Pechman to a term of five years probation.

21          The conditions of supervised release included the requirements that the defendant

22   comply with all local, state, and federal laws, and with the standard conditions.  Special

23   conditions imposed included, but were not limited to, firearms prohibition; search clause; no

24   gambling; attend Gamblers Anonymous meetings; $24,442.76 restitution; disclose financial

25   information; maintain a single checking account; full review of any business interests; disclose

26   all assets and liabilities; no new credit accounts or lines of credit; mental health treatment as

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATION
OF SUPERVISED RELEASE
PAGE 1

01  directed; and participate in home confinement for 90 days with electronic monitoring.

02          In a Petition for Warrant or Summons dated August 23, 2007, and a Violation Report

03  and Request for Summons dated August 21, 2007, U.S. Probation Officer Jeffery S. Robson

04  asserted the following violations by defendant of the conditions of his supervised release:

05          (1)     Gambling in violation of special condition 4.

06          (2)     Failing to make restitution payments from November 2005 through July 2007

07                  in violation of special condition 7.

08          (3)     Failing to work regularly at a lawful occupation in violation of standard

09                  condition 5.

10          (4)     Failing to support his dependants in violation of standard condition 4.

11          On September 12, 2007, defendant made his initial appearance and was advised of the

12  allegations, and advised of his rights.  Defendant admitted the violations, and waived any

13  rights to an evidentiary hearing as to whether they occurred.

14          I therefore recommend that the Court find the defendant to have violated the terms and

15  conditions of his supervised release as to Violations 1 through 4, and that the Court conduct a

16  hearing limited to disposition.  A disposition hearing has not yet been set before the Honorable

17  Marsha J. Pechman.

18          Pending a final determination by the Court, the defendant has been released, subject to

19  continued supervision.

20          DATED this 12th day of September, 2007.

21

22                                                          JAMES P. DONOHUE
                                                            United States Magistrate Judge

23

24  cc:     District Judge:              Honorable Marsha J. Pechman
            AUSA:                        Mr. Lawrence Lincoln
25          Defendant's attorney:        Ms. Paula Semmes Deutsch
            Probation officer:           Mr. Jeffery S. Robson

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATION
OF SUPERVISED RELEASE
PAGE 2