UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR03-354-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| KAO CHIENG SAECHAO, | |
| Defendant. | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on June 23, 2008. The United States was represented by AUSA Mary Dimke for Lawrence Lincoln and the defendant by Timothy Lohraff for Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 16, 2004 by the Honorable Marsha J. Pechman on a charge of Bank Embezzlement and sentenced to five years probation. (Dkt. 18.)

The conditions of probation included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to search, be prohibited from gambling, attend Gamblers Anonymous, reside in a community corrections center for 30 days, pay

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 restitution in the amount of $24,442.76, provide access to financial information, maintain a single
02 checking account for all financial transactions, disclose information about any business interests,
03 disclose all assets and liabilities, participate in a mental health program, and participate in a home
04 confinement program with electronic monitoring for 90 days.

05 On August 6, 2004, defendant admitted violating the conditions of probation by failing to
06 comply with the conditions of his home confinement program.(Dkt. 22.) Defendant was
07 admonished and probation was continued. (Dkt. 24.)

08 On September 12, 2007, defendant admitted violating the conditions of probation by
09 gambling, failing to make restitution payments, failing to work regularly at a lawful occupation,
10 and failing to support his dependents. (Dkt. 28.) Defendant was sentenced to custody for one day
11 with credit for time served, and four years supervised release. (Dkt. 34.)

12 In an application dated May 5, 2008 (Dkt. 36), U.S. Probation Officer Jeffrey S. Robson
13 alleged the following violations of the conditions of supervised release:

14 1. Gambling on or about April 16 and 17, 2008, in violation of special condition #3.
15 Defendant was advised in full as to the charge and as to his constitutional rights.

16 Defendant admitted the alleged violation and waived any evidentiary hearing as to whether
17 it occurred.

18 I therefore recommend the Court find defendant violated his supervised release as alleged,
19 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be
20 set before Judge Pechman.

21
22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 23rd day of June, 2008.

   Mary Alice Theiler
   United States Magistrate Judge

cc:  District Judge:          Honorable Marsha J. Pechman
     AUSA:                    Mary Dimke for Lawrence Lincoln
     Defendant's attorney:    Timothy Lohraff for Paula Deutsch
     Probation officer:       Jeffrey S. Robson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3